In the Matter of the Application of MICHAEL T. DALY, Commissioner of Public Works, to Acquire Lands for Approaches to the Bridge over the Harlem River at Third Avenue.

(Argued October 22, 1894; decided November 27, 1894.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made July 13, 1894, which affirmed an order of Special Term appointing commissioners of estimate and assessment.

*Adolph C. Hottenroth* for appellant.

*David J. Dean* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

In the Matter of the Application of THE DEPARTMENT OF PUBLIC PARKS to Acquire Title to Certain Lands in the Twelfth Ward.

(Argued October 22, 1894; decided November 27, 1894.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made June 8, 1894, granting the application for the appointment of commissioners of appraisal.

*James A. Deering* for appellant.

*David J. Dean* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

LAURA VASSAR, Appellant, *v.* THE KNICKERBOCKER ICE COMPANY, Respondent.

(Argued October 23, 1894; decided November 27, 1894.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order

, made the first Monday of December, 1891, which affirmed a judgment in favor of defendant entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Joseph Fettrecht* for appellant.

*Albert Stickney* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____